UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

FEB 2 1 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| PROMOTIONAL ALLIANCE GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION |
| vs. | ) ) FILE NO. 2005CV160-WCO |
| MICHAEL T. VER BURG, a/k/a MICHAEL T. VERBURG, in his individual capacity, | ) ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT

This matter having come before the Court for consideration on Plaintiff's Motion for Entry of Default Judgment against Defendant under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the motion and the entire file in this matter, the Court finds as follows:

1.

A default was entered against Defendant on November 25, 2005.

2.

Defendant is not a minor, an incompetent person, or a current member of the military service.

3.

Defendant did not appear in this action.

4.

Plaintiff has established that Defendant is liable to Plaintiff for civil RICO violations under 18 U.S.C. § 1964(c), recovery of sums improperly paid by insolvent corporation, and fraud, and Plaintiff has pierced the corporate veil.

5.

Plaintiff has established that Defendant is liable to Plaintiff for damages in the amount of $504,136.60. Plaintiff has further established that Defendant is liable to Plaintiff for civil RICO violations under 18 U.S.C. § 1964(c) and is therefore entitled to treble damages, costs and reasonable attorney's fees. The Court finds that treble damages equal $1,512,409.80.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff is awarded judgment against Defendant in the amount of $1,512,409.80, which shall bear interest at the legal rate.

Plaintiff shall have fourteen (14) days from the entry of this Judgment to make its motion for attorney's fees pursuant to 18 U.S.C. § 1964(c) and Federal Rule of Civil Procedure 54(d)(2)(B). Plaintiff shall further have thirty (30) days in which to file its bill of costs pursuant to Local Rule of Northern District of Georgia 54.1.

This __21st__ day of __February__, 2006.

_____
William C. O'Kelley, Senior U.S. District Judge

Prepared and Presented by:

STOKES LAZARUS & CARMICHAEL LLP

By: _s/ Wayne H. Lazarus_____
    Wayne H. Lazarus
    Georgia Bar No. 441600
    John T. Siess
    Georgia Bar No. 645845
    Attorneys for Plaintiff

80 Peachtree Park Drive, N.E.
Atlanta, Georgia 30309-1320
Ph: (404) 352-1465
Fax: (404) 352-8463
SLC File No. 05-2178